[No. 54036-0-I.   Division One.   June 13, 2005.]

JUDITH LUNDBERG, *Appellant*, v. CRAIG ZUMBRUNNEN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-39450-5, Linda Lau, J., entered March 31, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54115-3-I.   Division One.   June 13, 2005.]

OLYMPIC PIPE LINE COMPANY, *Appellant*, v. PACIFIC EMPLOYERS INSURANCE COMPANY ET AL., *Respondents.*

Appeal from judgments of the Superior Court for King County, No. 01-2-16599-2, Linda Lau, J., entered February 18, March 15, 19, and 26, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Schindler, JJ.

[No. 54171-4-I.   Division One.   June 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN COLEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-05896-1, James D. Cayce, J., entered April 26, 2004. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 54182-0-I.   Division One.   June 13, 2005.]

JANICE CONWAY, *Appellant*, v. JAMES H. BLACKBURN II ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-2-02741-1, Michael F. Moynihan, J., entered March 30, 2004. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox, C.J., and Becker, J.